NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENERAL ELECTRIC COMPANY,**
*Appellant*

**v.**

**VIBRANT MEDIA, INC.,**
*Appellee*

---

2015-1015

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00170.

------------------------------

**GENERAL ELECTRIC COMPANY,**
*Appellant*

**v.**

**VIBRANT MEDIA, INC.,**
*Appellee*

---

2015-1136

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00172.

———————————

**JUDGMENT**

———————————

MICHAEL CASEY, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for appellant. Also represented by JOHN SCOTT DAVIDSON, Arlington, VA.

MATTHEW B. LOWRIE, Foley & Lardner LLP, Boston, MA, argued for appellee. Also represented by KEVIN M. LITTMAN, CHRISTOPHER J. MCKENNA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 17, 2015          /s/ Daniel E. O'Toole
        Date                        Daniel E. O'Toole
                                    Clerk of Court